# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RADIM JUSTIK**

**-vs-**  **Case No.  8:05-cv-2258-T-17EAJ**

**ALBERT GONZALEZ**
**CONDOLEEZA RICE**

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** judgment is entered against the Petitioner, Radim Justik.

Date:   July 18, 2006

SHERYL L. LOESCH, CLERK

By:__/s/C. Ayers_____

Copies furnished to:

Counsel of Record
Unrepresented Parties